JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.: CV12-6335 pa (MANx)<br><br>**ORDER DISMISSING CASE**<br><br>Note: Changes Made by the Court |

## **ORDER**

    Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. ~~The court shall retain jurisdiction to enforce the terms of the settlement.~~

Dated: November 16, 2012

_____
UNITED STATES DISTRICT COURT JUDGE